

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00066-CV

IN THE INTEREST OF C.R.B., A CHILD

On Appeal from the 100th District Court
Collingsworth County, Texas
Trial Court No. 7598, Honorable Stuart Messer, Presiding

February 21, 2020

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Steve Reece Bowen has filed a motion seeking voluntary dismissal of his appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not address costs, costs will be taxed against Appellant. TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam